UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD KNUTSON,

    Plaintiff,

v.

M.E. SPEARMAN,

    Defendant.

Case No. 17-cv-04510-JCS (PR)

**ORDER OF TRANSFER**

Plaintiff's claims arise from events that occurred at High Desert State Prison, which lies in the Eastern District of California. Accordingly, this action is TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the named defendants reside, there. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** August 15, 2017

_____
JOSEPH C. SPERO
Chief Magistrate Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

RONALD KNUTSON,

    Plaintiff,

v.

M.E. SPEARMAN,

    Defendant.

Case No. 17-cv-04510-JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 15, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronald Knutson ID: C-04763 (B2-146)
High Desert State Prison
P.O. Box 3030
Susanville, CA 96127

Dated: August 15, 2017

Susan Y. Soong
Clerk, United States District Court

By: /s/ Karen L. Hom

Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO