UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KNUTSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>M.E. SPEARMAN, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-1725 JAM AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 27, 2018, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 13. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 13, 2018 (ECF No. 13), are adopted in full;

2. Plaintiffs first amended complaint (ECF No. 9) is dismissed without leave to amend.

1

3. Plaintiff's motion for temporary restraining order and preliminary injunction (ECF No. 8) is denied.

DATED: April 26, 2018

                                              /s/ John A. Mendez  
                                              UNITED STATES DISTRICT COURT JUDGE